NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney
Nevada Bar No. 1925
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Daniel.Hollingsworth@usdoj.gov
Attorneys for the United States

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CHARLES BURTON RITCHIE,<br>a/k/a Burton Ritchie, and<br>BENJAMIN GALECKI,<br>a/k/a Zencense Ben,<br><br>　　　　　Defendants. | 2:20-CR-164-APG-EJY<br><br>**Motion for Disbursement Notice and Order to Escrow Agent Nina Ginsberg, Partner, DiMuroGinsberg, PC , to Disburse $304,971.10 of the $404,971.10 to the Estate of Christopher Karl LaDue, Jr., from the Escrow held in her Attorney Trust Account of the law firm of DiMuroGinsberg, PC, and Order** |

　　　　As a courtesy to this Court and to assist the distribution of the non-forfeited funds between escrow, the defendants, and private parties, the United States moves this Court to provide notice and to order Escrow Agent Nina Ginsberg, Partner, DiMuroGinsberg, PC, to disburse $304,971.10 of the $404,971.10 of non-forfeited funds to the Estate of Christopher Karl LaDue, Jr., from the Escrow held in her Attorney Trust Account of the law firm of DiMuroGinsberg, PC.

　　　　Escrow agreements addressed the sale of Ritchies' two properties, the sale proceeds of the two properties placed into escrow, and the sale proceeds remain in escrow until the Escrow Officer receives a notice and disbursement order for each private party.[1]

　　　　This above-named payment will make Galecki's criminal forfeiture money judgment of $30,000 in 2:20-CR-164-APG-EJY *not* paid and *not* satisfied. This above-named payment

---

[1] Exhibit (Ex.) 1-2 Escrow Agreements for the Sale of two of Ritchies' properties, as if they were attached hereto and incorporated herein by reference as if fully set forth herein but will be filed under seal because the exhibits have personal identifying information.

will make Ritchie's and Galecki's criminal forfeiture judgment of $2,534,319.62 in 2:15-CR-285-APG-EJY *not* paid and *not* satisfied.

Christoph Karl LaDue and Shelley LaDue as co-administrators for the Estate of Christoph Karl LaDue, Jr.; Charles Burton Ritchie; Stephanie Ritchie; and Nina Ginsberg, escrow Agent, agreed to compromise the $600,000 judgment against Galecki's and Ritchie's ZIW, LLC, and Galecki in United States District Court for the District of Oregon, No. 1:14-CV-1421-MC case. Of the non-forfeited money of $404,971.10 designated in the plea agreement filed in the District of Nevada[2] the parties agreed $304,971.10 will be paid to Christoph Karl LaDue and Shelley LaDue as co-administrators for the Estate of Christoph Karl LaDue, Jr. from the Escrow held in the Attorney Trust Account of the law firm of DiMuroGinsberg, PC.[3]

When the Eastern District of Virginia, pursuant to Fed. R. Crim. P. 20, transferred this case to the District of Nevada, this District Court Judge in the District of Nevada has and continues to have exclusive jurisdiction over the sale proceeds of the assets.[4]

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

---

[2] ECF No. 18 in 2:20-cr-00164-APG-EJY.

[3] Ex. 3, Agreement to settle the Oregon case; Ex. 4 and Ex. 5, the Order and the Petition for Approving Settlements and Authorizing Receipt and Disbursement of Proceeds, as if they were attached hereto and incorporated herein by reference as if fully set forth herein but will be filed under seal because the exhibits have personal identifying information and were filed under seal in the state district court.

[4] *Penn General Casualty Co. v. Commonwealth of Pennsylvania*, 294 U.S. 189, 194-197 (1935); *Princess Lida of Thurn and Taxis v. Thompson*, 305 U.S. 456, 466 (1939); *Donavan v. City of Dallas*, 377 U.S. 408, 412 (1964); *United States v. One Assortment of 89 Firearms*, 465 U.S. 354, 363 (1984); *United States v. Close*, 931 F.3d 1218, 1219 (9th Cir. 2019) (quoting *United States v. Alcaraz-Garcia*, 79 F.3d 769, 772 n.4 (9th Cir. 1996).

### III. CONCLUSION

This Court has exclusive jurisdiction to provide notice and to order the Escrow Agent to distribute the non-forfeited funds of $304,971.10 to the co-administrators of the Estate of Christoph Karl LaDue, Jr. as agreed upon by the exhibits.

Dated: October 1, 2020.

Respectfully submitted,

NICHOLAS A. TRUTANICH
United States Attorney

/s/ Daniel D. Hollingsworth
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney

IT IS SO ORDERED:

Honorable Judge Andrew P. Gordon
United States District Court Judge

Dated: October 26, 2020.

### CERTIFICATE OF SERVICE

A copy of the foregoing **Motion for Disbursement Notice** was served upon counsel of record via Electronic Filing on October 1, 2020.

/s/ Maritess Recinto
MARITESS RECINTO
Paralegal Specialist
US Attorney's Office